IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROBERT M. TAYLOR, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 14-0113-CB-M
:
BRIAN ELEY JOHNSON, et al., :
:
    Defendants. :

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 26th day of June, 2014.

                                       s/*Charles R. Butler, Jr.*
                                       CHARLES R. BUTLER, JR.
                                       Senior United States District Judge